**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Julio Cesar RODAS, Defendant—Appellant.**

No. 01–50387.

D.C. No. CR–99–01274–RSWL.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 17, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

MEMORANDUM**

Julio Cesar Rodas appeals the 64–month sentence imposed following his guilty plea to conspiracy to distribute cocaine, 21 U.S.C. § 856(a)(1), and aiding and abetting, 18 U.S.C. § 2. We have jurisdiction under 18 U.S.C. § 3742 and 28 U.S.C. § 1291. We affirm.

Rodas contends that the district court erred by denying him a two-level decrease in his offense level under § U.S.S.G. 3B1.2(b) for what he contends was his minor role in the conspiracy. We review for clear error a district court's determination that a defendant was not a minor or minimal participant. *United States v. Murillo,* 255 F.3d 1169, 1179 (9th Cir.2001).

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

A downward adjustment under U.S.S.G. § 3B1.2 "is to be used infrequently and only in exceptional circumstances." *United States v. Davis*, 36 F.3d 1424, 1436 (9th Cir.1994.)

Because Rodas admitted to conspiring to distribute, and to possessing with the intent to distribute, a total of three kilograms of cocaine over two separate transactions, the district court did not clearly err by denying Rodas a minor-role reduction under § U.S.S.G. 3B1.2(b). · *See Murillo*, 255 F.3d at 1179 ("Where drugs are present in significant quantities, that in itself is sufficient to deny a sentencing reduction [under U.S.S.G. § 3B1.2(b)]."); *United States v. Antonakeas*, 255 F.3d 714, 727 (9th Cir.2001) (upholding denial of U.S.S.G. § 3B1.2(b) adjustment because "a supplier of kilogram quantities of cocaine on multiple occasions is not deserving of any downward adjustment.").

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.